NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVIDEO OWNERS, MAURO DIDOMENICO, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED, DOUGLAS BUERGER, CRAIG LINDEN, REALVIRT LLC, PAUL BAROUS,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-2149

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00413-LKG, Judge Lydia Kay Griggsby.

---

Decided: March 13, 2017

---

PATRICK RICHARD DELANEY, Ditthavong & Steiner, P.C., Alexandria, VA, argued for plaintiffs-appellants.

NICOLAS RILEY, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by MARK R. FREEMAN, BENJAMIN C. MIZER; NATHAN KELLEY, Office of

the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

--------

Before MOORE, O'MALLEY, and HUGHES, *Circuit Judges.*

PER CURIAM.

For the reasons articulated in the decision by the United States Court of Federal Claims, we *affirm.* We order Appellants to show cause within fifteen days why sanctions should not be imposed for a frivolous appeal pursuant to Federal Rule of Appellate Procedure 38.

## AFFIRMED

COSTS

Costs to Appellee.